# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

HELRIANA MAH TEFEH,

*Petitioner*

v.

Warden, Richwood Correctional Center, in their official capacity;

MELLISSA B. HARPER, in her official capacity as Acting Field Office Director of the New Orleans Field Office of U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations;

TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement (ICE);

MARKWAYNE MULLINS, in his official capacity as Secretary of the Department of Homeland Security; and

PAMELA BONDI, in her official capacity as Attorney General of the United States,

*Respondents.*

Case No. 3:26-cv-01013

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Veronica Cardenas for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of New Jersey, and that her contact information is as follows:

Applicant's Name:     Veronica Cardenas
Firm Name:            Cardenas Immigration Law
Address:              2 Arnot St., Ste 6, Unit 122, Lodi, NJ 07644
Telephone:            201-470-4549

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Petitioners in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Western District of Louisiana. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:   March 31, 2026

**U.S. District Judge / U.S. Magistrate Judge**