**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **HELRIANA MAH TEFEH** | ) | **CIVIL ACTION NO: 3:26-cv-1013** |
| | ) | |
| **VERSUS** | ) | **JUDGE EDWARDS** |
| | ) | |
| **WARDEN RICHWOOD** | ) | **MAGISTRATE JUDGE PEREZ-** |
| **CORRECTIONAL CENTER,** *ET* | ) | **MONTES** |
| *AL.* | ) | |

## ORDER

The Court having before it Federal Respondents' Unopposed Motion for Extension of Time to Respond to Habeas Petition, and for good cause shown therein,

**IT IS ORDERED** that the motion for extension is **GRANTED**, and the deadline for Respondents to file their answer to the Petition is extended one (1) day, or until **June ~~9~~ 3, 2026**.

**THUS DONE AND SIGNED** this ⟨3rd⟩ day of ⟨June⟩, 2026 at ⟨Alexandria⟩, Louisiana.

_____
**HONORABLE JOSEPH H. L. PEREZ-MONTES**
**UNITED STATES MAGISTRATE JUDGE**